# SUPREME COURT OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Alaka'i Na Keiki, Inc. v. Matayoshi | SCWC–29742 | 05/29/2012 | Denied | 127 Hawai'i 263, 277 P.3d 988 |
| Alohacare v. Department of Human Services | SCWC–29630 | 05/29/2012 | Denied | 127 Hawai'i 76, 276 P.3d 645 |
| State v. Pratt | SCWC–27897 | 05/29/2012 | Granted | 127 Hawai'i 206, 277 P.3d 300 |